**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Michael G. Liffrig, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:05-cv-123 |
| Federal Election Commission, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Stipulated Dismissal" filed by the parties on April 13, 2007.  The Court **ADOPTS** the parties' "Stipulated Dismissal" (Docket No. 34) and **ORDERS** that the case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 16th day of April, 2007.

*/s/  Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court